AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Lance White<br><br>———————————————<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:23–mj–00251<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 9/13/2023<br>Description: Complaint W/ Arrest Warrant |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Lance White _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☒ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds,
18 U.S.C. § 1752(a)(1) - Knowingly enter or remain in any restricted building or grounds without lawful authority to do
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business,
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     09/13/2023

2023.09.13
17:12:34 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/13/2023 , and the person was arrested on *(date)* 9/18/2023
at *(city and state)* ▓▓▓▓▓▓ Kerheesville, NY

Date: 9/18/2023

*Arresting officer's signature*

Brad Theroux Special Agent
*Printed name and title*