**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                   Criminal Number  23-mj-00251

LANCE WHITE
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA         [ ] RETAINED         [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Steven R. Kiersh
(Attorney & Bar ID Number)

Steven R. Kiersh
(Firm Name)

5335 Wisconsin Avenue, N.W. #440
(Street Address)

Washington     D.C.     20015
(City)         (State)  (Zip)

(202) 347-0200
(Telephone Number)